**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JANSSEN BIOTECH, INC. and JANSSEN SCIENCES IRELAND UC,<br><br>Plaintiffs,<br><br>v.<br><br>ACCORD BIOPHARMA, INC. and BIO-THERA SOLUTIONS, LTD.,<br><br>Defendants. | Civil Action No. 26-222-GBW |

# ORDER

AND NOW, this 30th day of September 2026, **IT IS HEREBY ORDERED** that:

1. Plaintiffs Janssen Biotech, Inc. and Janssen Sciences Ireland UC's ("Plaintiffs") Motion for Preliminary Injunction (D.I. 31) is **GRANTED**.
2. Defendants Accord Biopharma, Inc. ("Accord") and Bio-Thera Solutions, Ltd. ("Bio-Thera") (collectively, "Defendants"), and their officers, partners, agents, servants, employees, parents, subsidiaries, divisions, affiliates, successors-in-interest, other related business entities and all other persons acting in concert, participation, or in privity with them, are hereby enjoined from manufacturing in commercial quantities, using in commercial quantities, offering to sell, selling within the United States, or importing for commercial purposes into the United States the golimumab biosimilar product, BAT2506.
3. Plaintiffs collectively shall post bond secured in the amount of $98,800,000 (Ninety-Eight Million Eight Hundred Thousand Dollars) on or before October 14, 2026, and shall provide the Court and Defendants with evidence in writing that the

bond has been posted. The bond shall remain in effect until further Order of the Court.

4. Plaintiffs' Motion for a Temporary Restraining Order (D.I. 183) is **DENIED-AS-MOOT**.

5. Because the accompanying Memorandum Opinion is filed under seal, Plaintiffs and Defendants shall meet and confer and, no later than twenty-one (21) days after entry of the Memorandum Opinion, shall submit a joint proposed redacted version of the Memorandum Opinion accompanied by a supporting memorandum, detailing how, under applicable law, the Court may approve any requested redactions. In the absence of a timely, compliant request, the Court will unseal the entire Memorandum Opinion.

GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE